469 A.2d 1144

McDonnell, III, Appellant v. Harleysville Ins. Co.

Reargument Denied Jan. 31, 1984.

Petition for Allowance of Appeal
Denied June 8, 1984.

Argued September 21, 1983. James L. Womer, for appellant; William D. March, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.